## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Karen Lucci
                            Plaintiff,

v.                                                    Case No.: 1:22–cv–07351
                                                       Honorable John Robert Blakey

Horizon Therapeutics USA, Inc.
                            Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, February 14, 2023:


      MINUTE entry before the Honorable John Robert Blakey: The Court grants the parties' joint motion to stay [17] and hereby stays proceedings pending a decision on Plaintiff's consolidation motion, filed in 22–cv–04518, Weibel v. Horizon Pharmaceuticals, Inc. The Court denies without prejudice Defendant's motion to dismiss [12] and vacates the deadlines set in the Court's 1/31/23 order [15]. The Court will set a revised responsive pleading deadline if Judge Leinenweber denies the motion for consolidation and reassignment. The 2/15/23 Notice of Motion date is stricken. Mailed notice(gel, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.